IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD DEGAETANO,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>GS PERFORMANCE, LLC DBA GLOCKSTORE,<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-00893-MAD-TWD |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1.　Whereas Plaintiff RICHARD DEGAETANO filed the above-referenced case against Defendant GS PERFORMANCE, LLC DBA GLOCKSTORE on July 25, 2023.

2.　Whereas Defendant never appeared or answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3.　Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff respectfully dismisses his Complaint with prejudice.

Dated: March 15, 2024　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Benjamin Sweet
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　ben@nshmlaw.com
　　　　　　　　　　　　　　　　　　**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Richard DeGaetano*

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: March 19, 2024